371 A.2d 224

Commonwealth v. Demby, Appellant.

Submitted June 28, 1976. Edward M. Kopanski, and Braxton, Johnson & Kopanski, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 225

Commonwealth v. DeWald, Appellant.

Submitted March 22, 1976. Richard J. Jacobs, Assistant Public Defender, for appellant; Richard J. Shiroff, Assistant District Attorney, and Charles H. Spaziani, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.